**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-cv-63117-KMW**

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.

THE HOUSE OF DENTISTRY, P.A., and
TIMOTHY BRYAN HOUSE,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 18) ("Report"). In the Report, Magistrate Valle recommends Plaintiff's Motion for Entry of Final Default Judgment (DE 11) against Defendants The House of Dentistry, P.A. and Dr. House be GRANTED IN PART.

Defendants have not appeared or defended against this action. Moreover, Plaintiff filed a Notice (DE 20) stating that it mailed a copy of the Report to Defendants. Defendants filed no objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED**:

    1.    The Report is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Motion for Final Default Judgment is **GRANTED in part** as set forth in the Report.

    3.    Plaintiff shall submit to the Court a proposed final judgment in Word format to williams@flsd.uscourts.gov within seven days of the date of this Order. The proposed

final judgment shall include the current outstanding loan amount, including any updates from Plaintiff's supplemental notice (DE 16) and any payments made thereafter.

**DONE AND ORDERED** in chambers in Miami, Florida this 9th day of February, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE